| | |
|---|---|
| 1 | **JOHN C. ELLIS, JR.,** <br> California State Bar No. **228083** |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** <br> 225 Broadway, Suite 900 |
| 3 | San Diego, California  92101-5008 <br> Telephone:  (619) 234-8467 |
| 4 | Facsimile:    (619) 687-2666 <br> E-Mail: john_ellis@fd.org |
| 5 | |
| 6 | Attorneys for Mr. Orosco-Ibarra |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1261-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROOF OF SERVICE** |
| | ) | |
| **MARTIN OROSCO-IBARRA**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**AARON CLARK, ASSISTANT UNITED STATES ATTORNEY**
aaron.clark@usdoj.gov, efile.dkt.gc1@usdoj.gov, ; yvette.reyes@usdoj.gov

| | |
|---|---|
| Dated: May 12, 2008 | _s/ John C. Ellis_____ <br> JOHN C. ELLIS, JR., <br> Federal Defenders of San Diego, Inc., <br> 225 Broadway, Suite 900 <br> San Diego, CA 92101-5030 <br> (619) 234-8467  (tel) <br> (619) 687-2666  (fax) <br> e-mail: john_ellis@fd.org |