FILED

JUN - 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No.  08CR1261-LAB |
|---|---|
| Plaintiff, | ) **SUPERSEDING**<br>) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. 1325 -<br>) Illegal Entry (Felony); |
| MARTIN OROSCO-IBARRA, | ) |
| Defendant. | ) |

The United States Attorney charges:

Count 1

On or about March 23, 2008, within the Southern District of California, defendant MARTIN OROSCO-IBARRA, being an alien, unlawfully entered or attempted to enter the United States after previously committing the offense of unlawfully entering or attempting to enter the United States, as evidenced by his May 14, 2004 conviction for violation of Title 8, United States Code, Section 1325, a misdemeanor; all in violation of Title 8, United States Code, Section 1325, a felony.

//
//
//

1 | DATED: 6/2/08

KAREN P. HEWITT
United States Attorney

*/s/ Aaron B. Clark*

AARON B. CLARK
Assistant U.S. Attorney