AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA
FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARTIN OROSCO-IBARRA | CASE NUMBER: 08CR1261-LAB |

I, MARTIN OROSCO-IBARRA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony), being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 6/2/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER