1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED

JUN - 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    Criminal No. **08CR1261-LAB**
                                 )
                 Plaintiff,      )    **CONSENT TO RULE 11 PLEA IN A**
                                 )    **FELONY CASE BEFORE UNITED**
v.                               )    **STATES MAGISTRATE JUDGE,**
                                 )    **WAIVER OF PRESENTENCE REPORT**
**MARTIN OROSCO-IBARRA,**        )    **AND WAIVER OF OBJECTIONS FOR**
                                 )    **IMMEDIATE SENTENCING**
                 Defendant.      )
_____)

     I have been advised by my attorney and by the United States

Magistrate Judge of my right to enter my plea in this case before

a United States District Judge.  I hereby declare my intention to

enter a plea of guilty in the above case, and I request and

consent to have my plea taken by a United States Magistrate Judge

pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

     I understand that if my plea of guilty is taken by the

United States Magistrate Judge, and the Magistrate Judge

recommends that the plea be accepted, the assigned United States

District Judge will then decide whether to accept or reject any

plea agreement I may have with the United States and will

adjudicate guilt and impose sentence.

     I further understand that due to my request for immediate

08CR1261-LAB

1  sentencing in this case, I am waiving the preparation of a

2  presentence report and I am also waiving any objections I may

3  have to the Magistrate Judge's findings and recommendation

4  concerning the entry of my guilty plea.

5

6

7  Dated: JUNE 2, 2008

MARTIN OROSCO-IBARRA
8                              Defendant

9

10

11 Dated: JUNE 2, 2008

FEDERAL DEFENDERS BY JOHN ELLIS
12                             Attorney for Defendant

13

14      The United States Attorney consents to have the plea in this

15 case taken by a United States Magistrate Judge pursuant to

16 Criminal Local Rule 11.2 and further waives a presentence report

17 in this case as well as any objections to the Magistrate Judge's

18 findings and recommendation concerning the entry of the guilty

19 plea.

20

21

22 Dated: JUNE 2, 2008

AARON B. CLARK
23                             Assistant United States Attorney

24

25

26

27

28

08CR1261-LAB